# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DALMAR POLSTON                                                                                         PLAINTIFF

v.                                            No. 3:13CV00241 JLH-JJV

E. BELL, Nurse, Mississippi County
Detention Center; *et al*.                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Defendant Mississippi County Detention Facility (Center) is DISMISSED for failure to state a claim upon which relief may be granted.

2.    Property allegations against defendants are DISMISSED for failure to state a claim upon which relief may be granted.

DATED this 16th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE