**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DALMAR POLSTON                                                                                          PLAINTIFF

v.                                           No. 3:13CV00241 JLH-JJV

E. BELL, Nurse, Mississippi County
Detention Center; *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendant Bell be DISMISSED from plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 8th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE