# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DALMAR POLSTON                                              PLAINTIFF

v.                          3:13CV00241-JLH-JJV

E. BELL, Nurse, Mississippi County
Detention Center; *et al*.                                          DEFENDANTS

## **ORDER**

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED that:

      1.      Defendant Hicks's Summary Judgment Motion (Doc. No. 37) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

      2.      The Clerk shall note on the docket sheet that Defendant Hicks's first name is "Clayburn."

      SO ORDERED this 2nd day of February, 2015.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE