# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DALMAR POLSTON                                                                                    PLAINTIFF

v.                                    3:13CV00241-JLH-JJV

E. BELL, Nurse, Mississippi County
Detention Center; *et al*.                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 2nd day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE